**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Jonathan Lee Fleetwood v. The State of Texas

Appellate case number:    01-19-01019-CR

Trial court case number:   1602844

Trial court:               182nd District Court of Harris County

This case was abated and remanded to the trial court on February 4, 2021. In the abatement order, we directed the trial court to hold a hearing to determine whether the certification of appellant's right to appeal entered by the trial court on November 21, 2019 was defective because of an inconsistency between the certification and the trial court's judgment of conviction, also signed on November 21, 2019. To the extent the certification was defective, we directed the trial court to execute an amended certification of appellant's right to appeal that complies with Texas Rule of Appellate Procedure 25.2.

The district clerk has filed a supplemental clerk's record containing a judgment nunc pro tunc signed by the trial court, indicating that the "judgment has been updated to reflect" the fact that appellant does "have the right to appeal," consistent with the November 21, 2019 trial court certification of appellant's right to appeal.

Accordingly, we **reinstate** this case on the Court's active docket.

The brief of appellant received on March 12, 2021 shall be considered filed as a supplemental brief. Any supplemental briefing in response by the State of Texas shall be filed within 30 days of the date of this order.

It is so ORDERED.

Judge's signature: /s Amparo Guerra
                       Acting individually

Date: April 1, 2021